IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSE GARCIA,

    Plaintiff,

v.                                          Case No. 20C0988

VILLAGE OF LAKE DELTON, et al.,

    Defendants.

## STATE DEFENDANTS LINDA HOFFMAN AND RICK SPOENTGEN'S MOTION FOR SUMMARY JUDGMENT

NOW COME State Defendants, Linda Hoffman and Rick Spoentgen, by their undersigned counsel, and hereby move the court for summary judgment pursuant to Fed. R. Civ. P. 56. The grounds for this motion are there are no disputed issues of material fact and State Defendants are entitled to judgment as a matter of law. The grounds for this motion are contained in State Defendants' Brief in Support of Motion for Summary Judgment, Proposed Findings of Fact, Depositions, Declarations, Exhibits, and all pleadings of record.

Plaintiff is hereby notified that if he does not oppose the moving party's proposed facts that properly rely on evidentiary submissions in the record, the court will accept the facts as unopposed. Plaintiff is directed to Fed. R. Civ. P.

56 and the procedures set forth in this court's Preliminary Pretrial Conference Order (Docket 18) governing summary judgment procedure.

Dated: October 22, 2021

Respectfully submitted,

Respectfully submitted,

JOSHUA L. KAUL
Attorney General of Wisconsin

s/Gesina S. Carson
GESINA S. CARSON
Assistant Attorney General
State Bar #1055162

JENNIFER R. REMINGTON
Assistant Attorney General
State Bar #1098838

Attorneys for State Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-1672 (Carson)
(608) 267-2230 (Remington)
(608) 294-2907 (Fax)
carsongs@doj.state.wi.us
remingtonjr@doj.state.wi.us