UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

JOSE GARCIA,

                Plaintiff,                      CASE NO. 20-CV-988

v.

VILLAGE OF LAKE DELTON,
SHAWN POSEWITZ, LUCAS KILLICK,
RICK SPOENTGEN, and LINDA HOFFMAN,

                Defendants.

---

**VILLAGE OF LAKE DELTON, SHAWN POSEWITZ
AND LUCAS KILLICK'S NOTICE OF MOTION AND
MOTION FOR SUMMARY JUDGMENT**

---

      Village of Lake Delton, Shawn Posewitz and Lucas Killick (collectively, "Village Defendants"), by their attorneys, MUNICIPAL LAW & LITIGATION GROUP, S.C., respectfully move the Court for an Order dismissing all causes of action alleged against them in the above-captioned matter pursuant to Fed. R. Civ. P. 56.

      This Motion is based on the pleadings on file, the Village Defendants' Brief in Support of their Motion for Summary Judgment, the Village Defendants' Proposed Findings of Fact in Support of their Motion for Summary Judgment, and the Affidavits of Matteo Reginato and Shawn Posewitz.

      Dated this 22nd day of October, 2021.

                                  **MUNICIPAL LAW & LITIGATION GROUP, S.C.**
                                  Attorneys for Village of Lake Delton, Shawn Posewitz and Lucas Killick.

                                  By:   /s/ Matteo Reginato
                                        REMZY D. BITAR
                                        State Bar No: 1038340

2

MATTEO REGINATO
State Bar No: 1089724

730 N. Grand Avenue
Waukesha, WI 53186
O: (262) 548-1340
F: (262) 548-9211
E: rbitar@ammr.net
mreginato@ammr.net