IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSE GARCIA,

    Plaintiff,

  v.

Case No.  20-cv-988-bbc

VILLAGE OF LAKE DELTON,
SHAWN POSEWITZ, LUCAS KILLICK,
RICK SPOENTGEN, and LINDA HOFFMAN,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Village of Lake Delton, Shawn Posewitz, Lucas Killick, Rick Spoentgen, and Linda Hoffman against plaintiff Jose Garcia dismissing this case.

| | |
|---|---|
| s/ K. Frederickson, Deputy Clerk | January 24, 2022 |
| Peter Oppeneer, Clerk of Court | Date |