IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSE GARCIA,

Plaintiff,

v.                                                          Case No. 20-cv-988-bcc

VILLAGE OF LAKE DELTON, et al.,

Defendants.

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff JOSE GARCIA appeals to the United States Court of Appeals for the Seventh Circuit this Court's Opinion and Order (attached hereto as Exhibit A), and Judgment Order (attached as Exhibit B), entered in this action on January 24, 2022, granting Defendants' Motions for Summary Judgment. Plaintiff appeals the Court's ruling only as to Defendants Posewitz, Spoentgen, and Hoffman.

**Dated: January 25, 2022**

                                                             Respectfully submitted,

                                                             Plaintiff JOSE GARCIA

                                     BY:    **/s/ Jordan Marsh**

**LAW OFFICE OF JORDAN MARSH**
5250 Old Orchard Rd Suite 300
Skokie IL 60077
(312) 401-5510
jordan@jmarshlaw.com

## CERTIFICATE OF SERVICE

Jordan Marsh, an attorney, certifies that on January 25, 2022, I filed the foregoing Docketing Statement through the District Court's CM/ECF electronic filing system thereby causing service upon all counsel of record.

**/s/ Jordan Marsh**